IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-11820 |
| | ) | |
| Mokena Corp., | ) | Chapter 11 |
| an Illinois Corporation, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor/Debtor-in-Possession | ) | Hearing Date: June 15, 2011 |
| | ) | Hearing Time: 10:00 A.M. |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT ON the 15th day of June, 2011 at 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as Courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall then and there present the attached **Motion to Approve Final Order Authorizing Use of Cash Collateral and Granting Replacement Liens,** a copy of which is hereby served upon you. You may appear if you so choose.

/s/ L. Judson Todhunter
L. Judson Todhunter

## CERTIFICATE OF SERVICE

I, L. Judson Todhunter, an attorney certify that I caused a copy of the above Notice and Motion to be served upon all parties listed on the attached service list via first class mail or the Court's Electronic Filing System, properly addressed, postage prepaid, on the 3rd day of June, 2011.

/s/ L. Judson Todhunter
L. Judson Todhunter

Scott C. Frost (ARDC #6208276)
L. Judson Todhunter (ARDC# 2840510)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:    (312) 372-4000
Facsimile:    (312) 939-5617

1823793.1

Service List
Case No. 11-11820

United States Trustee
Dirksen Federal Building
219 S. Dearborn St., Ste. 873
Chicago, IL 60604

Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653-0002

David K. Welch, Esq.
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603

Kropic Papuga & Shaw
120 S. LaSalle St., Suite 1500
Chicago, IL 60603

McSquared Energy Svs., LLC
Department #10177
Chicago, IL 60680-0618

Otis Elevator Company
10 Farm Springs Road
Farmington, CT 06032

Carmel Real Estate LLC
c/o Peter Kitchin
14343 Woodland Ave.
Orland Park, IL 60462

Sandrick Law Firm LLC
1581 Huntington Drive
Calumet City, IL 60409

Corporate Contract Cleaning Inc.
21373 Settlers Pond Drive
Frankfort, IL 60423

Driftin Services
PO Box 1012
Frankfort, IL 60423

Enviro Mechanical Inc.
1020 W. Fullerton Ave
Suite D
Addison, IL 60101

Garden Apts LLC
4127 W. 127th Street
Alsip, IL 60803

Goldy Locks  
17048 Oak Park Ave.  
Tinley Park, IL  60477

ADT Security Services  
11 Windsor Drive  
Oak Brook, IL  60523

Cook County Treasurer  
118 North Clark Street, Suite 112  
Chicago, IL  60602

1823793.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-11820 |
| | ) | |
| Mokena Corp | ) | Chapter 11 |
| an Illinois Corporation | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor/Debtor-in-Possession | ) | Hearing Date: June 15, 2011 |
| | ) | Hearing Time: 10:00 A.M. |

### MOTION TO APPROVE FINAL ORDER AUTHORIZING
### USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIENS

NOW COMES Harris Bank N.A. ("Harris"), by and through its attorneys, makes its Motion pursuant to Section 363 of the Bankruptcy Code, rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules of this Court for the entry of Final Order Authorizing Use of Cash Collateral and Granting Replacement Liens; and in support thereof, states as follows:

1. On March 22, 2011 the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. By this Motion, the Harris Bank N.A. ("Bank") requests that this Court enter a Final Order Authorizing Use of Cash Collateral and Granting Replacement Liens ("Order"). A copy of the Order is attached hereto as Exhibit "A".

1823887.1

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

6. The Statutory predicates for the relief requested in this Motion are Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules of this Court.

**Relevant Factual Background**

7. The Debtor is an Illinois corporation that is the owner and operator of a four (4) story office building located at 19001 Old LaGrange Road, Mokena, Illinois ("Property").

8. The Property is comprised of 43,000 square feet of office and common area space. The Property is fully occupied with two (2) tenants; namely, Ozinga Ready Mix Concrete, Inc. and Heart Care Centers of South Chicago, Ltd.

9. This case is a Single Asset Real Estate Chapter 11.

10. On or about February 16, 2011, the Bank commenced a foreclosure action against the Property in the Circuit Court of Will County, Illinois.

11. Based upon the underlying loan documents of the Bank, the cash collateral issues in this Chapter 11 case 4relate to the rents generated at the Property.

**Use of Cash Collateral**

12. The Bank asserts a senior position mortgage lien and claim against the Property which secures a senior mortgage indebtedness in favor of the Bank in the approximate aggregate amount of $4,700,000.00.

1823887.1

13. In addition to the mortgage lien on the Property, the Bank asserts security interests in and liens upon the rents being generated at the Property.

14. Subsequent to the initiation of Chapter 11 proceedings the Debtor has obtained interim orders authorizing the use of cash collateral and granting replacement liens to the Bank. The interim orders did not provide for any adequate protection payments to be made to the Bank. The final order attached hereto provides for adequate protection payments to the made to the Bank and for the benefit of the Bank.

15. In order for the Debtor to continue to operate its business and manage its financial affairs, and effectuate an effective reorganization, it is essential that the Debtor be authorized to use cash collateral at the Property for, among other things, the following purposes:

    A. Maintenance and Repairs;

    B. Insurance;

    C. Utilities;

    D. Real estate taxes;

    E. Real estate management fees;

    F. Other miscellaneous items needed in the ordinary course of business.

The Debtor is preparing monthly cash flow projections for the period June 15, 2011, through August 31, 2011 (the "Budget") for the Property. This Budget itemizes the Debtor's cash needs during the relevant period and will be attached to the Order. This Budget should be available during the week of June 6, 2011, copies of which can be obtained from the Debtor's counsel, David Welch.

16. Use of cash collateral to pay the actual, necessary and ordinary expenses to maintain the Debtor's business and Property, as set forth in the Budget, will preserve the value of the Debtor's assets and business and thereby ensure that the interests of creditors that have or

3

1823887.1

may assert an interest in both cash collateral and the Debtor's other assets are adequately protected within the meaning of Sections 361, 362 and 363 of the Bankruptcy Code.

17. Unless the Debtor is authorized to use cash collateral in which the Bank asserts an interest, the Debtor will be unable to continue to operate its business and manage its property, thereby eliminating any reasonable prospect for a successful reorganization. The cessation of normal business operations by the Debtor will cause irreparable harm to the Debtor, its creditors and this estate.

18. The Debtor's use of cash collateral and providing adequate protection to the Bank is upon the following terms and conditions:

    A. The Debtor will permit the Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

    B. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

    C. The Debtor shall, upon reasonable request, make available to the Bank evidence of that which purportedly constitutes its collateral or proceeds;

    D. The Debtor will escrow sufficient funds for the payment of current real estate taxes relating to the Property; and

    E. The Debtor will properly maintain the Property in good repair and properly manage such Property.

    F. The Debtor will make adequate protection payments to or for the benefit of the Bank pursuant to Paragraph 4 of the Order.

19. Further cash flow budgets, if necessary, will be submitted to this Court pursuant to this Motion. The Debtor will make the expenditures set forth in the Budget plus no more than 10% of the total proposed expense payments, unless otherwise agreed by the Lenders or upon further order of this Court.

1823887.1

**Conclusion**

20. The Bank believes that it is in the best interest of the Debtor, its creditors, and this estate to authorize it to use that portion of its assets herein requested, all or a portion of which may constitute cash collateral, in that, without the limited use of those assets as requested, the Debtor will be unable to pay and satisfy its current operating expenses thereby resulting in immediate and irreparable harm and loss to the estate.

21. For the reasons set forth herein, this Court should grant the relief requested in this Motion.

WHEREFORE, Harris Bank, N.A., a secured creditor herein requests the entry of an Order as follows:

    A. Authorizing the Debtor to use cash collateral in which the Bank asserts liens, upon the terms and conditions set forth in this Motion, until further order of this Court.

    B. Granting such other relief as this Court deems just and appropriate.

Dated: June 3, 2011

                                          Respectfully submitted,

                                          Harris Bank, N.A.

                                          By:    /s/ L. Judson Todhunter
                                                    L. Judson Todhunter
                                                    One of its Attorneys

**HARRIS BANK'S COUNSEL**
Scott C. Frost (ARDC #6208276)
L. Judson Todhunter (ARDC# 2840510)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:    (312) 372-4000
Facsimile:    (312) 939-5617

1823887.1