IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mokena Corp., an Illinois corporation, | ) | Case No. 11-11820 |
| | ) | Judge Eugene R. Wedoff |
| Debtor. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **26th day of June 2013, at the hour of 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Room 744 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in his place and stead, and shall then and there present the following: **Motion of Debtor For Entry of Final Decree,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an order in compliance therewith. At said time and place you may appear if you so see fit.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/David K. Welch

David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon , Esq. (Atty No. 03124481)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Debtor
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603-4297
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and the attached **Motion for Entry of Final Decree** to be served on all parties listed on the attached Service List via first class mail, postage prepaid, on the 3rd day of June, 2013, before the hour of 5:00 p.m., from 135 South LaSalle Street, Chicago, Illinois 60603.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/David K. Welch

# SERVICE LIST
## Combined Service List

(Kenmore Realty Group, LLC- Joseph Junkovic-Tom Junkovic-Maria Junkovic-MFJT, LLC-Mokena Corp.- Garden Apts., LLC- Midwestern Equities, LLC)

United States Trustee
Dirksen Federal Building
219 S Dearborn St., Ste. 873
Chicago, IL 60604

Scott C. Frost
L. Judson Todhunter
Howard & Howard Attys PLLC
200 S. Michigan Ave., Ste 1100
Chicago, IL 60604

Vincent A. Lavieri
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604

Gregg Szilagyi
Tailwind Services LLC
One S. Wacker Dr, #800
Chicago, IL 60606

Timothy S. McFadden
Barnes & Thornburg, LLP
One N. Wacker Dr., Ste 4400
Chicago, IL 60606

Colleen E. McManus
Carlson Dash LLC
216 S. Jefferson, Ste. 504
Chicago, IL 60661

William J. Factor
The Law Offices of William J. Factor
1363 Shermer Road, Suite 224
Northbrook, IL 60062

James R. Irving
DLA Piper
203 N. LaSalle St., Suite 1900
Chicago, IL 60601

Schmidt Salzman & Moran Ltd.
111 W. Washington, Suite 1300
Chicago, IL 60602-2785

Paul O. Sauerteig
Snow & Sauerteig LLP
203 E. Berry St., Suite 1310
Ft. Wayne, IN 46802

Jason T. Rodriguez
Higier Allen & Lautin, P.C.
5057 Keller Springs Rd., Suite 600
Addison, TX 75001

6011 Kenmore Associates
PO Box 597948
Chicago, IL 60659-7948

6007 N. Kenmore
6007 N. Kenmore
Chicago, IL 60660-3070

6011 Superior Properties
6007 N. Kenmore
Chicago, IL 60660-3070

6011 N. Kenmore Assoc.
4127 W. 127th St.
Alsip, IL 60803-1924

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Bank of America
Capital Markets Servicing Group
900 W. Trade St.
Charlotte, NC 28255-0001

Burr Pest Control Services
1649 Charles Street
Rockfor, IL 61104-2404

Carpet Showcase & Supplies
4420 S. Tripp Ave.
Chicago, IL 60632-4321

Certified Window Company
c/o Vincent A. Lavier
Gardiner Koch Weisberg Wrona
53 W. Jackson Blvd., Ste 950
Chicago, IL 60604-3849

Chicago Title Land
Trust Company
4240 Paysphere Circle
Chicago, IL 60674-0042

City of DeKalb
200 South Fourth Street
DeKalb, IL 60115-3720

Coinmac Susan Kalman
PO Box 27288
New York, NY 10087-7288

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Connected Computer Services
333 W. North , Suite 143
Chicago, IL 60610-1293

Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602-1590

Critter Control of
Northern Illinois
16362 Tower Rd.
Malta, Il 60150-8606

DeKalb County Treasurer
110 E. Sycamore
Sycamore, IL 60178-14448

Delano's Home Decorating
233 North Fourth Street
DeKalb, IL 60115

Delano's Paint & Floor Covering Inc.
d/b/a Delano's Home Decorating
c/o Richard D. Larson, PC
111 E. Elm St., PO Box 323
Sycamore, IL 60178-0323

Deluxe Business
Checks & Solutions
PO Box 88042
Chicago, IL 60680-1042

Direct energy Services, LLC
PO Box 1659
New York, NY 10008-1659

Don's Sewer Service Inc.
PO Box 687
Worth, IL 60482-0687

E&E Lawn Care
1673 Maness Court
Sycamore, IL 60178-2909

Gordan Hardware Inc.
514 E. Lincoln Hwy.
DeKalb, IL 60115-3800

Harris Bank
50 N. Brockway St.
Second Floor
Palatine, IL 60067-5074

Harris Bank N.A.
111 W. Monroe St.
Chicago, IL 60603-4095

Harris Bank N.A.
L. Judson Todhunter
Howard & Howard Attorneys
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604-2461

Illinois Bell Telephone Company
At&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

Illinois Department of Revenue
PO Box 6438
Chicago, IL 60664-0338

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Illustratus
8455 Lenexa Drive
Lenexa, KS 66214-1550

JP Morgan Chase Bank
Royal Ridge Operations Center
14800 Frye Road
Forth Worth, TX 76155-2732

Job 1 Fire
Protection Services Inc.
13432 S. Kolmar Ave.
Crestwood, IL 60445-1443

LNR Partners Inc.
c/o Ms. Vickie Taylor
1601 Washington Ave., Suite 700
Miami Beach, IL 33139-3165

M&R Lanscaping inc.
3704 W. 121st Place
Alsip, IL 60803-1212

MMA of Chicago
Po Box 350113
Westminster, CO 80035-0113

Miller Shakman & Beem
180 North LaSalle St., Suite 3600
Chicago, IL 60601-2805

Monitronics Interna
8628 Innovation Way
Chicago, IL 60682-0086

Mt. Greenwood Hardware
3124 W. 111th Street
Chicago, IL 60655-2287

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Peach Tree
PO Box 13290
Atlanta, GA 30324-0290

Proprint
PO Box 420247
Atlanta, GA 30342-0247

Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155-3959

Sanford Kahn, Ltd.
180 North LaSalle St.
Suite 1300
Chicago, IL 60601-2612

Satish Kumar Pnmetsa
c/o Lynn M. Richards
Po Box 19
DeKalb, IL 60115

Schmidt, Salzman
111 W. Washington
Suite 1300
Chicago, IL 60602-3466

Screening Reports
729 N. Route
#321
Bensenville, IL 60106

Service Master
4414 W. Roosevelt Rd.
Hillside, IL 60162-2003

Soto Carpet
14630 S. Palmer Ave.
Posen, IL 60469-1254

Superior Properties
PO Box 597948
Chicago, IL 60659-7948

Tel Assist
5417 W. 8th Street, Suite 3
Oak Lawn, IL 60453

The Alps Group
25634 S. Kinsington Lane
Monee, IL 60449-7201

The Sherwin Williams Co.
771 E. California Street
Dolton, IL 60419-2217

Village of Merrionette Park
11720 S. Kedzi Ave.
Merrionette Park, IL 60803-4516

Waster Management
Billing Department
PO Box 4648
Carol Stream, IL 60197-4648

JP Morgan Chase Bank
National Association
Mail Code: OH-7302
34115 Vision Drive
Columbus, OH 43219-6009

Wells Fargo Bank, N.A.
3476 Stateview Blvd.
Ft. Mill, SC 29715-7203

Altman Bowker Junkovic Partnership
5724 N. Western Ave.
Chicago, IL 60659-5114

Arbor Commercial Mortgage
2801 Wehrle Drive, Suite 7
Buffalo, NY 14221-7381

Arbor Realty SR, Inc.
c/o Colleen E. McManus, Esq.
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661-5698

BACM 2006-5 North Clinton, LLC
Alan K. Mills, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

BACM 2007-3 Aslip Complex, LLC
c/o James R. Irving, Esq.
SLA Piper
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1263

Carson Pirie Scott
Payment Services
941 Corporate Center Drive
Pomona, CA 91768-2642

Chase Home Finance LLC
7255 Baymeadows Way
Jacksonville, FL 32256-6851

Chicago Title Land
Trust Company
4240 Paysphere Circle
Chicago, IL 60674-0042

City of Chicago
Dept. Of Revenue
8108 Innovation Way
Chicago, IL 60682-0081

Claims Resource Services
603 Campbell Technology
Campbell, CA 95008-5090

Department Stores National Bank
Macy's Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Department of Treasury
Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Federal National Mortgage Association
c/o Jill Nicholson
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654-5313

First Midwest Bank
300 N. Hunt Club Rd.
Gurnee, IL 60031-2502

GE Money Bank
c/o Recovery Mgmt. Systems Corp.
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Harris Bank N.A.
L. Judson Todhunter
Howard & Howard Atty.
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604-2461

Illinois Department of Rev.
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JC Penny Credit Services
PO Box 960090
Orlando, FL 32896-0090

Joseph Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253

Macy's
PO Box 183083
Columbus, OH 43218-3083

Old Navy
PO Box 960017
Orlando, FL 32896-0017

Orange Lake Country Club, Inc.
8505 W. Itlo Bronson Memorial Hwy.
Kissimee, FL 34747-8201

Park Millenium
222 N. Columbus Drive
Chicago, IL 60601-7810

Peter Kitchin
14343 Woodland Ave.
Orland Park, IL 60462-2452

Republic Bank of Chicago
Loan Servicing
2221 Camden Court
Oak Brook, IL 60523-4516

The Internal Revenue Service
Cincinnati, OH 45999-0010

Wells Fargo Home Mortgage
123 N. Wacker Drive
Chicago, IL 60606-1743

Zbigniew S. Kois P.C.
7163 W. 84th Street
Burbank IL 60459-2203

Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016-4543

Arbor Realty Mortgage Securities
Series 2004-1
c/o Colleen E. McManus
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661-5698

Diagnostic Imaging Assoc.
PO Box 68
Northbrook, IL 60065-0068

Home Depot Credit Service
PO Box 6029
The Lakes, NY 88901-6029

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

RMC Energy Physicians
520 E. 22nd St.
Lombard, IL 60148

Ressurrection Health Care
7435 W. Talcott Ave.
Chicago, IL 60631-3746

Sheridan And Perlman  
350 N. LaSalle  
Suite 900  
Chicago, IL 60654-5136  

VW Credit, Inc.  
PO Box 829009  
Dallas, TX 85382-9009  

Volkswagen Credit  
PO Box 17497  
Baltimore, MD 21297-1497  

Wheaton Bank  
Loan Department  
211 S. Wheaton Ave.  
Wheaton, IL 60187-5256  

Wheaton Bank & Trust  
c/o Walinski & Assoc. PC  
25 E. Washington St., Suite 1221  
Chicago, IL 60602-1875  

BAC Home Loans Servicing, LP  
Prober & Raphael Law Corporation  
20750 Ventura Blvd., Suite 100  
Woodland Hills, CA 91364  

Bank of America Home Loans  
1950 N. Stemmons Fwy.  
Dallas, TX 75207-3134  

Chuhak & Tecson PC  
c/o Michelle Schadler  
30 S. Wacker, Suite 2600  
Chicago, IL 60606  

CitiMortgage  
1000 Technology Drive  
O Fallon, MO 63368-2240  

CitiMortgage Inc.  
PO Box 183040  
Columbus, OH 43218-3040  

Deutsche Bank National Trust Co.  
c/o BAC Home Loans Servicing LP  
Bk. Dept., Mail Stop: CA6-919-01-23  
400 National Way  
Simi Valley, CA 93065-6414  

GreenPoint Mortgage Funding LLC  
c/o BAC Home Loans Servicing LP  
Bk. Dept., Mail Stop: CA6-919-01-23  
400 National Way  
Simi Valley, CA 93065-6414  

Wells Fargo Bank, N.A.  
c/o Pierce and Assoc., PC  
1 North Dearborn, Suite 1300  
Chicago, IL 60602-4321  

Wells Fargo Mortgage  
2701 Northwest Vaughn St.  
5th Floor  
Portland, OR 97210-5351  

Commonwealth Edison Company  
3 Lincoln Center  
Oakbrook Terrace, IL 60181-4204  

Direct Energy Service, LLC  
1001 Liberty Ave.  
Pittsburgh, PA 15222-3728  

Illinois Department of Revenue  
PO Box 19006  
Springfield, IL 62794-9006  

Nicor Gas  
1844 Ferry Rd.  
Naperville, IL 60563-9600  

Nicor Gas  
PO Box 549  
Aurora, IL 60507-0549  

Superior Properties  
6007 N. Kenmore  
Chicago, IL 60660-3070  

Maria Junkovic  
4831 N. Loketo  
Harwood Heights, IL 60706-3507  

Joseph Junkovic  
30 E. Huron Unit 5207  
Chicago, IL 60611-4731

Tom Junkovic
423 Engel Blvd.
Park Ridge, Il 60068-4456

900 W. Argyle
6007 N. Kenmore
Chicago, IL 60660-3070

A Supherb Floor, Inc.
1627 St. Louis Ave.
Fort Wayne, IN 46819-2019

A-1 Sanitary Sewer Services Co.
PO Box 15551
Fort Wayne, IN 46885-5551

Allen County Treasurer
One East main Street Room 104 Fort Wayne, IN 46802-1888

American Electric Power
PO Box 2021
Roanoke, VA 24022-2121

BACM 2006-5 North Clinton, LLC
Alan K. Mills, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Brendonwood Park Apts
1004 Fayette Drive
Fort Wayne, IN 46816-3602

Burton T. Witt & Assoc.
20 S. Clark Street
Suite 1900
Chicago, IL 60603-1884

CBC Innovis
PO Box 535595
Pittsburgh, PA 15253-5595

City Utilities
200 E. Berry St.
Suite 130
Fort Wayne, IN 46802-2733

Clark & Mitchell, Inc.
7820 Blufton Rd.
Fort Wayne, IN 46809-3096

Clark & Mitchell, Inc.
PO Box 9187
Fort Wayne, IN 46899-9187

College Square Kenmore
6007 N. Kenmore
Chicago, IL 60660-3070

Comcast Cable
Po Box 3005
Southeastern, PA 19398-3005

Fort Wayne City Utilities
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802-2715

Lowe's Commercial
401 Elkin Hwy.
North Wilkesboro, NC 28659-3456

Lowe's Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

National Serv-All
6231 Macbeth Road
Fort Wayne, IN 46809-9720

Northern Indiana Public Service Company
Attn: Revenue Recovery
801 E. 86th Ave.
Merrillville, IN 46410-6271

Office Depot Credit Plan
6600 N. Military Trail
Boca Raton, FL 33496-2434

Snow & Sauerteig LLP
203 East Berry St., Suite 1310
Fort Wayne, IN 46802-2795

Treasurer of Allen Co.
PO Box 2540
Forty Wayne, IN 46801-2540

U.S. Dept. OF Treasury
Internal Revenue Service
Cincinnati, OH 45999-0010

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535

ADT Security Services
11 Windsor Drive
Oak Brook, IL 60523-2341

ADT Security Services Inc.
14200 E. Exposition Ave.
Aurora, CO 80012-2540

Carmel Real Estate LLC
c/o Peter Kitchin
14343 Woodland Ave.
Orland Park, IL 60462-2452

ComEd
440 S. LaSalle St.
Chicago, IL 60605-1028

Corporate Contract Cleaning Inc.
21373 Settlers Pond Drive
Frankfort, IL 60423-7978

Driftin Services
PO Box 1012
Frankfort, IL 60423-7012

Enviro Mechanical Inc.
1020 W. Fullerton Ave.
Suite D
Addison, IL 60101-4335

Goldy Locks
17048 Oak Park Ave.
Tinley Park, IL 60477-2722

Hanover Insurance Co.
440 Lincoln Street
Worcester, MA 01653-0002

Heartcare Centers of Illinois
19001 Old LaGrange Rd., #2
Mokena, IL 60448-8013

Kropic Papuga Shaw
120 S. LaSalle St., Suite 1500
Chicago, IL 60603-3572

McSquared Energy Svs., LLC
Department #10177
Chicago, IL 60680-0618

Otis Elevator Company, et. al.
Attn: Treasury Svcs-Credit/Collection
1 Farm Springs, 1st Floor
Farmington, CT 06032-2572

Ozinga Bros
19001 Old LaGrange Rd., #300
Mokena, IL 60448-8013

Sandrick Law Firm LLC
1581 Huntington Drive
Calumet City, IL 60409-5440

U.S. Department of Treasury
Internal Revenue Service
Cincinnati, Oh 45999-0010

Arbor Commercial Mortgage
333 Earle Ovington Blvd.
Suite 900
Uniondale, NY 11553-3666

City Utilities
1 E. Main Street
Suite 122
Fort Wayne, IN 46802-1804

Home Appliance Leasing
1242 Fairfield Ave.
Fort Wayne, IN 46802-3390

Isaac Perry
8836 Hemford Drive
Fort Wayne, IN 46819-2261

Orkin Pest Control
3855 Superior Ridge Drive
Fort Wayne, In 46808-4419

Pitney Bowes, Inc.
PO Box 371874
Pittsburgh, PA 15250-7874

Porter Paints
2510 Independence Drive
Fort Wayne, IN 46808-1324

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
Po Box 7949
Overland Park, KS 66207-0949

Somerset Park Apartments
4127 W. 127th Street
Alsip, IL 60803-1985

Somerset Park II
3048 W. 119th Street
Merrionette Park, IL 60803-5863

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.11-11820 |
| Mokena Corp., ) | Chapter 11 |
| an Illinois Corporation, ) | Judge Wedoff |
| ) | |
| Debtor. ) | |

## MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

Mokena Corp., an Illinois corporation, Debtor herein, by its attorneys, makes its Motion for Entry of Final Decree, respectfully states as follows:

1.   On March 22, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.   On October 17, 2012, this Court entered an order confirming the Second Amended Joint Plan of Reorganization ("Joint Plan") filed by the Debtor and related entities.  That Joint Plan provided for the substantive consolidation of the following cases with that of the Debtor (collectively, "Joint Debtors") for distribution purposes:

| **DEBTOR** | **CASE NUMBER** | **FILING DATE** |
|---|---|---|
| Joseph Junkovic | 10-55888 | 12/20/10 |
| Tom Junkovic | 10-55896 | 12/20/10 |
| Maria Junkovic | 10-55902 | 12/20/10 |
| Kenmore Realty Group, LLC | 10-55868 | 12/20/10 |
| MFJT, LLC | 11-11819 | 3/22/11 |
| Garden APTS., LLC | 11-19271 | 5/5/11 |
| Midwestern Equities, LLC | 11-19283 | 5/5/11 |

3. The Joint Debtors are owners and co-owners of several parcels of real estate.

4. The Joint Debtors have made timely payments to date to all creditors as required by the Joint Plan. All approved administrative professional fees due and owing have been paid in full. Accordingly, the Joint Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

5. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, the Debtor, Mokena Corp., an Illinois corporation, requests the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

> Respectfully submitted,
>
> Mokena Corp., an Illinois corporation,
> Debtor
>
> By: /s/David K. Welch
> One of its attorneys

David K. Welch, Esq.(Atty. Reg. #06183621)
Arthur G. Simon, Esq. (Atty. Reg. #03124481)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Debtor
135 South LaSalle, Suite 3705
Chicago, IL  60603
(312) 641-6777
W:\GRACE\Mokena Corp\Final Decree.MOT.wpd